1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

HERMAN MICHAEL COVARRUBIAS,

Petitioner,

v.

PEOPLE OF THE STATE OF
CALIFORNIA,

Respondent.

No.  2:13-cv-1899 AC P

ORDER

18      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19 corpus pursuant to 28 U.S.C. § 2254.

20      The application attacks a conviction issued by the Santa Clara County Superior Court.

21 While both this court and the United States District Court in the district where petitioner was

22 convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

23 and all witnesses and evidence necessary for the resolution of petitioner's application are more

24 readily available in Santa Clara County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

25      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

26 ////

27 ////

28 ////

1

1   transferred to the United States District Court for the Northern District of California.

2   DATED: September 18, 2013

3   _____

4   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

5

6

7

8   AC:009/md/cova1899.108

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2