UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MICHAEL COVARRUBIAS,<br><br>          Petitioner,<br><br>   v.<br><br>ROBERT GOWER, Warden,<br><br>          Respondent.<br>_____/ | No. C-13-4611 EMC (pr)<br><br>**ORDER DENYING REQUEST FOR INJUNCTIVE RELIEF** |

      Petitioner has filed a "request for injunctive relief for production of documents," in which he asks this Court to issue an order compelling the Santa Clara County Superior Court and the Santa Clara County District Attorney to turn over their entire files from Petitioner's criminal case. As this Court explained in the order filed January 28, 2014, the right of discovery is extremely limited in a federal habeas proceeding and a habeas petitioner must obtain court permission before he may conduct any discovery. *See* Docket # 23 at 4. Petitioner appears to be laboring under the mistaken notion that this Court will be holding a trial and considering evidence to determine his guilt anew. That is not the role of a federal habeas court. As this Court explained in the order filed January 28, 2014 order, 28 U.S.C. § 2254(d) and (e), as well as *Cullen v. Pinholster*, 131 S. Ct. 1388 (2001), greatly limit a federal habeas court – in terms of the standard of review, the record that may be relied

///
///
///
///
///

upon, and the ability to accept any new evidence. *See* Docket # 23 at 3-5. Petitioner's request for an order compelling the trial court and prosecutor to turn over their files is DENIED because Petitioner never obtained permission to conduct any discovery and does not show good cause to permit him to conduct any discovery. Docket # 34 and # 35.

      IT IS SO ORDERED.

Dated: September 23, 2014

                                        EDWARD M. CHEN
                                        United States District Judge

2