UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN MICHAEL COVARRUBIAS,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT GOWER, Warden,<br><br>        Respondent.<br>_____/ | No. C-13-4611 EMC (pr)<br><br><br>**ORDER RE PETITIONER'S MOTIONS** |

Petitioner's request to conduct discovery and for an evidentiary hearing is **DENIED**. Docket # 40. As the Court previously noted, Petitioner appears to be laboring under the mistaken notion that this Court will be holding a trial and considering evidence to determine his guilt anew. That is not the role of a federal habeas court. As this Court explained in the order filed January 28, 2014 order, 28 U.S.C. § 2254(d) and (e), as well as *Cullen v. Pinholster*, 131 S. Ct. 1388 (2011), greatly limit a federal habeas court – in terms of the standard of review, the record that may be relied upon, and the ability to accept any new evidence. *See* Docket # 23 at 3-5. Petitioner has not shown good cause for discovery. *See* Rule 6(a) of the Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254; *Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997) (citation omitted) (good cause for discovery under Rule 6(a) is shown "'where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief . . .'"). Nor does there appear to be a need for an evidentiary hearing. If the Court feels an evidentiary hearing would be appropriate, it will order one on its own and does not need a request from Petitioner to do so.

Petitioner's motion for reconsideration of the denial of his request for appointment of counsel is **DENIED**.  Docket # 41.  Petitioner's motion for reconsideration is based on his assumption that he will be doing discovery and that an evidentiary hearing will be held, but neither of those assumptions is correct.  Petitioner should be focusing his efforts on preparing his traverse, which remains due on December 19, 2014.

IT IS SO ORDERED.

Dated: November 10, 2014

_____
EDWARD M. CHEN
United States District Judge

2